IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08CV88-C

| ALKE B.V., | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| L.B. WHITE COMPANY, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Plaintiff's "Application[s] for Admission ... Pro Hac Vice [for Andrew Kinder Beverina and Richard David Kelly" (documents ##10 and 11) filed May 6, 2008. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED**.

Signed: May 6, 2008

*Carl Horn, III*
_____
Carl Horn, III
United States Magistrate Judge